

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 25 CR 45 |
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4) |
| JEFRY ESTRADA-PASTRANA | |

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about November 5, 2024, at Cook County, in the Northern District of Illinois, Eastern Division,

JEFRY ESTRADA-PASTRANA,

defendant herein, an alien who previously had been deported and removed from the United States on or about November 23, 2007, July 2, 2008, August 19, 2010, November 16, 2012, June 19, 2015, November 25, 2016, and November 26, 2021, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY